[No. 47412-0-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW BONNER MCKAIL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00219-4, Thomas J. Wynne, J., entered September 6, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47426-0-I. Division One. December 24, 2001.]

TED CLARK, ET AL., *Appellants*, v. RICHARD SPENCE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-19655-8, Jay V. White, J., entered October 6, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47427-8-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE ALAN PHAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00700-5, Larry E. McKeeman, J., entered October 5, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 47433-2-I. Division One. December 24, 2001.]

*In the Matter of the Marriage of* JEAN MARY MCMULLAN, *Appellant*, and WILLIAM DANIEL MCMULLAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-07649-0, Glenna Hall, J., entered August 30, 2000. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Cox, J.